Motion Granted; Dismissed and Memorandum Opinion filed
April 5, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00187-CR

____________

 

STEVEN EARL BROWN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause No. 1249368

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
clerk of the court to issue the court’s mandate immediately.

PER CURIAM

Panel consists of Justices
Brown, Boyce, and Jamison.

Do Not Publish — Tex. R. App.
P. 47.2(b).